**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 15 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOLAJI KAZEEM OWOLABI | Criminal Action No.<br><br>**1:21CR-360**<br>**UNDER SEAL** |

## Motion to Seal Criminal Indictment

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Kelly K. Connors, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Criminal Indictment**, motion to seal and order be sealed for the following reasons:

The defendant named in this Indictment has not been apprehended. Public disclosure of the Indictment, this motion, and any related orders in this matter would jeopardize this criminal investigation, and make it more difficult and dangerous to arrest the defendant. The government is concerned that the defendant could flee before arrest.

The government intends soon to seek the arrest of the defendant. To that end, the government requests permission, notwithstanding that the Indictment will be under seal, to disclose the Indictment and arrest warrant to government personnel, as necessary to assist in the apprehension of the defendant. In addition, the defendant is currently serving a term of supervised release and is

2

supervised by U.S. Probation Officer Ashley Brimmer in the Northern District of Georgia. The government further requests permission to disclose the existence of the Indictment, as well as the allegations set forth in the Counts of the Indictment, to U.S.P.O. Brimmer.

WHEREFORE, the United States of America respectfully requests that this motion, the **Criminal Indictment** and ensuing order be sealed.

Submitted this 15th day of September 2021.

> Respectfully submitted,
>
> KURT R. ERSKINE
> *Acting United States Attorney*
>
> *Kelly K. Connors*
> KELLY K. CONNORS
> *Assistant United States Attorney*
> Georgia Bar No. 504787
> Kelly.Connors@usdoj.gov