U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2020R00818)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton                    DISTRICT COURT NO.  **1:21CR-360**
                                        UNDER SEAL

X Indictment                Information              Magistrate's Complaint
DATE: September 15, 2021    DATE:                    DATE:

ISSUED AND DELIVERED
TO U.S. MARSHAL

UNITED STATES OF AMERICA         INDICTMENT
vs.                              Prior Case Number:
BOLAJI KAZEEM OWOLABI            Date Filed:

BY: _____
    DEPUTY CLERK

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 15 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

District Judge:

Attorney: Kelly Kathleen Connors
Defense Attorney: