U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**Bolaji Kazeem Owolabi**
**Agent to Arrest**

Indictment/Information

**1:21CR-360**

ISSUED AND DELIVERED
TO U.S. MARSHAL
on 9/16/21
BY: _____ yry
DEPUTY CLERK

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Kelly K. Connors
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

SEP 15 2021

KEVIN P. WEIMER, Clerk
By: yry  Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94