IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>BOLAJI KAZEEM OWOLABI | Criminal Action No.<br>1:21-CR-360 |

**Government's Motion for Detention**

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Kelly Connors, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: September 21, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Richard Russell Federal Building<br>75 Ted Turner Drive S.W., Suite 600<br>Atlanta, Georgia 30303-3309<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>(404) 581-4639 | KURT R. ERSKINE<br>Acting United States Attorney<br><br>KELLY CONNORS<br>Assistant U.S. Attorney<br>Ga. Bar No. 504787 |

## Certificate of Service

I served this document today by handing a copy to defense counsel:

      Keenen Twymon

September 21, 2021

      /s/ KELLY CONNORS
      KELLY CONNORS
      Assistant U.S. Attorney