U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 21 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

CRIMINAL NO. 1:21-CR-360
JPB/AJB

I, Bolaji Kazeem Owolabi, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to Count 1 through 32 thereof.

In Open Court this 21st day of September, 2021.

_____     _____
SIGNATURE (Defense Attorney)          SIGNATURE (Defendant)
Keenen Twymon                          Bolaji Kazeem Owolabi

INFORMATION BELOW MUST BE TYPED OR PRINTED

101 Marietta Street, NW
Suite 1500
Atlanta, Georgia 30303
Phone: (404) 688-7530
Bar Number: _994921_

Filed in Open Court by:

_____     _9/21/2021_____
(Signature)                            Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12