✎ CJA 7
(Rev. 9/05)

LOCATION CODE _____

**ORIGINAL**

Docket No. __1:21-CR-360-JPB-AJB__

**ORDER TERMINATING
APPOINTMENT OF COUNSEL**  ☐
**and/or**
**AUTHORIZATION FOR
DISTRIBUTION OF
AVAILABLE PRIVATE
FUNDS**

Check
one or
both

X

_____USA_____ vs. _Bolaji Owolabi_____

WHEREAS, _____Keenen Twymon_____ was appointed as counsel for the above defendant/petitioner, on the _21st_____ day of _____September_____ , 20 _21_ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check
one or
both

☐ ORDERED that the appointment of said counsel is hereby terminated.

X AUTHORIZED/DIRECTED that such funds in the amount of $ **1,000.00**_____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

**The defendant is qualified for court appoint counsel. the Defendant is order to pay $1,000.00  into the Registry of the Court by the close of business on September 24, 2021.**

Dated this _____21st_____ day of _____September_____ , 20 _21_ .

_____
United States Judge/Magistrate

**DISTRIBUTION:**   **COURT'S FILE**   **COURT APPOINTED COUNSEL**   **PERSON REPRESENTED**   **CLERK'S FILE**