AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

<u>NORTHERN</u> District of <u>GEORGIA</u>

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 21 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

V.

BOLAJI KAZEEM OWOLABI
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case   1:16-CR-274-TWT & 1:21-CR-360

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __9/23/2021__* at __2:00 pm__
*Time*

before __**ALAN J. BAVERMAN**__
*Name of Judicial Officer*

__U. S. Courthouse 75 Ted Turner Drive Street, S.W., Courtroom #1879, Atlanta, GA 30303__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
_____ and produced for the
*Other Custodial Official*

Date: __9-22-2021__

_____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.